# EXHIBIT A

INSTRUCTIONS: FILL IN THE NAMES IN THE BOX NUMBER BELOW, THE INDEX NUMBER AND THE DATE THE INDEX NUMBER WAS PURCHASED. COMPLETE ALL BLANKS IN ACCORDANCE WITH THE DIRECTIONS SET FORTH IN BOLD PRINT.

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

------------------------------------------------------------------------X

_Muhammet Onder ERDOGAN_
**[YOUR NAME(S)]**

Plaintiff(s),

Index No. _____/_____

- against -

_____, 20 _____
**[PURCHASE DATE OF INDEX #]**

_Atlantis Management Group and Emrah Yesilyurt_
**[NAME OF PERSON(S) BEING SUED]**

**SUMMONS**

Defendant(s)

------------------------------------------------------------------------X

To the Person(s) Named as Defendant(s) Above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: _11/14/2025_ , 20 _____
**[DATE OF SUMMONS]**

_Muhammet Onder Erdogan_
**[YOUR NAME(S)]**

_2750 Homecrest Ave Apt number 106_
_Brooklyn NY zip code 11235_
_Phone= + 15642026121_
**[YOUR ADDRESS(ES) & PHONE #(s)]**

_Phone: 9146999500_
_ext 218 — Atlantis management Group- 555 S Columbus Ave #201 Mt Vernon NY 10S_
Defendant's Address: _Emrah Yesilyurt - 1049 Grand street, Brooklyn, NY 11211_
**[ADDRESS OF PERSON(S) SUED]**
_Phone= + 13476858144_

**Venue:** Plaintiff(s) designate(s) Kings County as the place of trial. The basis of this designation is [CHECK ONE]:

[X] Plaintiff(s)' Residence in Kings County.

[ ] Defendant(s)' Residence in Kings County.

[ ] Other -- Describe: _____.

**NOTE: THIS FORM OF SUMMONS MUST BE SERVED WITH A COMPLAINT**

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS (Brooklyn)

**Plaintiff:**

**Muhammet Önder Erdoğan**

2750 Homecrest Avenue, Apt 106

Brooklyn, NY 11235

Tel: +1 (564) 202-6121

E-mail: m.ondererdogan@gmail.com

**- against -**

**Defendants:**

**Atlantis Management Group**

555 S Columbus Ave #201

Mt Vernon, NY 10550

https://atlantismgmt.com/

and

**Emrah Yesilyurt**

1049 Grand Street

Brooklyn, NY 11211

Tel: +1 (347) 685-8144

**Index No.:** (To be assigned by the Court)

Index NO₂

Complaint

2

COMPLAINT

1. PARTIES

1.1. Plaintiff, **Muhammet Önder Erdoğan**, is a resident of Brooklyn, New York, who was employed by **Atlantis Management Group** at the **BP Gas Station located at 1049 Grand Street**, Brooklyn, NY, between **December 2023 and June 21, 2024**, as a cashier.

1.2. Defendants, **Atlantis Management Group (AMG)** and its Brooklyn branch, are business entities operating commercial gas station markets in New York. Public sources indicate AMG operates over **700 locations across the United States**.

2. JURISDICTION AND VENUE

2.1. This Court has jurisdiction pursuant to New York law as the wrongful acts, including ~~workplace assault, discrimination, retaliation, and evidence tampering~~, occurred within Kings County, New York.

2.2. Venue is proper in this County pursuant to CPLR §503.

3. FACTUAL ALLEGATIONS

3.1. Throughout his employment, Plaintiff was subjected to **continuous verbal abuse, humiliation, and harassment** by co-worker **Ali Aman**, including being called "idiot," "stupid," and "brainless."

3.2. Plaintiff reported these incidents **both verbally and in writing** to Store Manager **Emrah Yesilyurt**, who failed to take corrective action.

3.3. On **June 21, 2024**, while Plaintiff was performing his duties, **Defendant Yesilyurt physically assaulted him** by **pulling out a knife and pointing it directly at his head and eyes**, while shouting profanities. Plaintiff backed away to avoid harm.

3.4. This act constitutes **Aggravated Assault and Menacing** under NY Penal Law §§120.05, 120.10, 120.15, and 240.30.

3.5. The attack was **encouraged and provoked** by **Ali Aman and his spouse, Ayla Aman**, who were present at the time.

3.6. Plaintiff also observed that another employee, **Fumi Rios**, who complained of **verbal abuse and gender discrimination** by Ali Aman, had previously been terminated. This demonstrates a **pattern of favoritism and retaliation** by management.

3.7. Despite Plaintiff's multiple written complaints, the employer **failed to protect him** and later **terminated him unjustly**.

3.8. Defendants submitted CCTV footage in **.cme format**, which could not be opened by the Tribunal or Plaintiff. Subsequently, the **middle portion of the footage (showing the assault)** was **deleted or withheld**, indicating potential **evidence tampering** in violation of NY Penal Law §§175.30 & 175.35.

3.9. Plaintiff is **partially disabled** and **Defendants were aware of his condition**, yet repeatedly **assigned heavy lifting and physically demanding tasks** beyond his medical limitations, constituting **disability discrimination and harassment** under **New York State Human Rights Law (Executive Law §296)**.

3.10. On **June 21, 2024**, Plaintiff reported the attack to Regional Manager Selçuk **Özbek** via text message (Exhibit Q).

3.11. On **June 22, 2024**, Plaintiff sent another message to Mr. Özbek requesting a transfer to another store (Exhibit R).

3.12. Plaintiff has also pursued a **related administrative claim** under **Case No. 02505161** before the **New York State Unemployment Insurance Tribunal**, which references these same events.


4. CAUSES OF ACTION

*Count I — Assault and Menacing*

(Under NY Penal Law §§120.05, 120.10, 120.15, and 240.30)

*Count II — Evidence Tampering*

(Under NY Penal Law §§175.30 & 175.35)

*Count III — Wrongful Termination and Retaliation*

(Under NY Labor Law §§740 & 201-d)

4

*Count IV — Discrimination, Harassment, and Hostile Work Environment*

(Under **New York State Human Rights Law, Executive Law §296**)

Defendants discriminated against Plaintiff based on his **disability** and subjected him to a **hostile, abusive, and unsafe workplace**, violating NY Human Rights Law.

5. DAMAGES

5.1. Plaintiff has remained unemployed since **June 21, 2024**, losing a gross weekly income of **$1,065**, resulting in total lost wages of **approximately $66,900** to date.

5.2. Plaintiff has suffered **emotional distress, humiliation, and trauma** as a result of the assault, threats, and workplace abuse.

5.3. Plaintiff has incurred financial hardship, mental anguish, and reputational damage.

6. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Enter judgment in favor of Plaintiff against Defendants, **jointly and severally**, in the amount of **$500,000**, itemized as follows:
   a. **Economic Damages (Lost Wages):** $66,900
   b. **Emotional Distress Damages:** $200,000
   c. **Punitive Damages:** $233,100
   d. **Total:** $500,000
2. Award Plaintiff **attorneys' fees and litigation costs**;
3. Direct Defendants to **produce the full, unaltered CCTV recordings** from June 21, 2024;
4. Refer the assault incident for potential **criminal investigation** under NY Penal Law §§120 and 175;
5. Grant such other and further relief as this Court deems just and proper.

7. VERIFICATION

I, **Muhammet Önder Erdoğan**, being duly sworn, depose and say that I am the Plaintiff in the above-entitled action; that I have read the foregoing complaint and know the contents thereof; that the same is true to my own knowledge, except as to matters stated to be alleged upon information and belief, and as to those matters, I believe them to be true.


**Muhammet Önder Erdoğan**

 Plaintiff

Date: ~~10/31/2025~~ 11/15/2025

 Brooklyn, New York

Sworn to before me this 15th day of November, 2025


**EVIDENCE LIST**

**EXHIBIT A: Request to Preserve Footage of June 21, 2024 Knife Attack - Initial Notification**

- **File Name:** Exhibit_A_Camera_1049Grand_20240621_ORIG.cme.pdf.pdf
- **Description:** The initial email sent by Muhammet Onder Erdogan to company management immediately after the incident on June 21, 2024. This email demands the preservation of CCTV footage as legal evidence regarding the alleged insults, threats, and brandishing of a knife by Emrah Yesilyurt. It states that the intentional destruction of evidence will be considered an admission of the allegations.

**EXHIBIT B: Written Mobing Complaint Against Ali Aman**

- **File Name:** Exhibit_B_Email_20240529_Mobbing_AliAman.pdf.pdf
- **Description:** The complaint email dated May 29, 2024, where Muhammet Onder Erdogan formally reports to Station Manager Emrah Yesilyurt the alleged systematic mobbing, insults, and humiliation (e.g., "retarded," "brainless," "stupid," "you don't know shit") by his colleague Ali Aman. Concerns about an entire family (Ali Aman, his wife Ayla Aman, and their daughter Bilge Aman) working at the same location are also raised here.

**EXHIBIT C: Requests for Police Access to CCTV and HR Response**

- **File Name:** Exhibit_C_Email_20241016_Request_CCTV.pdf.pdf
- **Description:** Contains email correspondence between October 12-18, 2024, with HR Manager Chris Rojek and Detective Leandro Cruz. Erdogan insists that the CCTV footage of the alleged knife attack on June 21 be handed over to the police. Includes responses from Chris Rojek stating she reviewed the footage and could not substantiate the knife claim, identifying the object as a "handheld scanner," and citing company policy against sharing footage without a subpoena.

**EXHIBIT D: Formal Report of Knife Attack Allegation to Police**

- **File Name:** Exhibit_D_ChrisRojek_Email_20241016.pdf.pdf
- **Description:** The comprehensive email dated October 12, 2024, where Muhammet Onder Erdogan formally reports the alleged knife attack of June 21, the prior mobing complaints, and the alleged discrimination and termination of Fumi Rios due to her sexual orientation directly to HR Manager Chris Rojek and Detective Leandro Cruz.

**EXHIBIT E: Camera Footage and Knife Threat Notification (Reiteration and Detail)**

- **File Name:** EXHIBIT E - Camera Footage and Knife Threat Notification.pdf
- **Description:** An email sent to senior management (Selcuk Ozbek and Keisi Mota) on June 23, 2024, reinforcing and elaborating on the warning in Exhibit A. This email reiterates the specific alleged actions, including Emrah Yesilyurt insulting him with phrases like "fuck off, get out, you son of a bitch" and pointing a knife at his face, and states that destroying the footage would be considered malicious conduct.

**EXHIBIT F: Allegations of Misconduct and Insults Towards Management**

- **File Name:** EXHIBIT F- Misconduct and Insults Towards Management.pdf
- **Description:** In these emails dated June 30, 2024, it is alleged that Ali Aman used derogatory language about the company owners, spoke disparagingly about other employees (Filiz, Selcuk, Berna), and gave store items to Dunkin staff without payment. It is further claimed that Manager Emrah Yesilyurt turned a blind eye to these irregularities.

**EXHIBIT G: Formal HR Complaint and HR's Response**

- **File Name:** EXHIBIT G - HR Complaint and Response.pdf

INDEX NO. 540348/2025

RECEIVED NYSCEF: 11/17/2025

- **Description:** The comprehensive complaint letter sent to Human Resources on June 27, 2024, detailing the mobing complaint from Exhibit B and new developments (Erdogan's forced departure, the alleged threat by Emrah Yesilyurt saying "do you want to get fired?"). It also elaborates on the claim that Fumi Rios was fired after being insulted due to her sexual orientation. The response email from HR Manager Chris Rojek dated July 2, 2024, is included here, stating she is investigating and requesting specific evidence (the May 29 email, WhatsApp call log).

**EXHIBIT K: Immediate Incident Report to Senior Management**

- **File Name:** EXHIBIT H5 - Immediate Incident Report to Senior Management.png
- **Description:** An instant message sent to District Manager Selcuk Dogan on the afternoon of June 21, 2024, immediately after the incident. Erdogan mentions his argument with Emrah Yesilyurt, the insults, and other reasons leading to his resignation, and expresses his desire to report the events.



**EXHIBIT L: Offer to Provide Formal/Written Statement**

- **File Name:** EXHIBIT H6 - Formal Follow-up and Offer to Provide Evidence.png
- **Description:** A follow-up message dated June 22, 2024. Erdogan states that the events resulted from past problems and reiterates his request to be heard for the company's interests, offering to provide a written or verbal statement.



**EXHIBIT M: Transfer Request and Formal Statement Offer**

- **File Name:** EXHIBIT H7 - Transfer Request and Formal Statement Offer.png

- **Description:** Another message from June 22, 2024. While asking Selcuk Dogan if he will be transferred to another station, Erdogan repeats his offer to provide a formal or written statement in the company's best interest.



**EXHIBIT N: Evidence of Senior Management Contact Information**

- **File Name:** EXHIBIT H8 - Contact Information Evidence.png
- **Description:** A screenshot showing the contact information (name, workplace, and phone number) of District Manager Selcuk Dogan. This confirms the identity of the recipient of the messages in EXHIBITS H5, H6, and H7.

*11*



**EXHIBIT I:** Video Evidence – Beginning of Knife Attack Incident
 **File Name:** EXHIBIT I - Atlantis_GasStation_Knife_Attack_Beginning.mp4
 **Video Link:**
https://drive.google.com/file/d/1MsGWZE_73cfLueC2rokRIYWCAvC38P89/view?usp=s
haring

**Description:** Video footage capturing the beginning of the alleged knife attack by
Manager Emrah Yesilyurt at Atlantis Gas Station on June 21, 2024. The video shows the
confrontation's start and the alleged aggressive behavior leading up to the incident.

**EXHIBIT J:** Video Evidence – End of Knife Attack Incident
 **File Name:** EXHIBIT J - Atlantis_GasStation_Knife_Attack_End.mp4

**EXHIBIT I:** Video Evidence – Beginning of Knife Attack Incident
**File Name:** EXHIBIT I - Atlantis_GasStation_Knife_Attack_Beginning.mp4 **Video Link:**

https://drive.google.com/file/d/1MsGWZE_73cfLueC2rokRlYWCAvC38P89/view?usp=s
haring

**Description:** Video footage capturing the beginning of the alleged knife attack by
Manager Emrah Yesilyurt at Atlantis Gas Station on June 21, 2024. The video shows the
confrontation's start and the alleged aggressive behavior leading up to the incident.

**EXHIBIT J:** Video Evidence – End of Knife Attack Incident
**File Name:** EXHIBIT J - Atlantis_GasStation_Knife_Attack_End.mp4

**Video Link:** https://drive.google.com/file/d/1plQDhvJx-
HenRjHsDzR2mid5nsZTNPzr/view?usp=sharing

**Description:** Video footage capturing the conclusion of the alleged knife attack by
Manager Emrah Yesilyurt. This video documents the final moments of the incident and
serves as direct visual evidence supporting the timeline described in earlier exhibits.

Note: The middle of the two videos was cut out. The middle section, which contained
footage of the knife attack, was removed from the video. By performing this illegal act,
the company committed the crimes of tampering with evidence, concealing evidence,
and deceiving the court.

*1.*

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

**Plaintiff:**

Muhammet Önder Erdoğan

2750 Homecrest Avenue, Apt 106

Brooklyn, NY 11235

Tel: +1 (564) 202-6121

E-mail: m.ondererdogan@gmail.com


**- against -**

**Defendants:**

Atlantis Management Group

555 S Columbus Ave #201

Mt Vernon, NY 10550

Emrah Yeşilyurt

1049 Grand Street

Brooklyn, NY 11211

Tel: +1 (347) 685-8144

**Index No.:** (To be assigned by the Court)

SUMMONS

To the above-named Defendants:

**YOU ARE HEREBY SUMMONED** to appear in the Supreme Court of the State of New York, County of Kings, to answer the Verified Complaint filed by Plaintiff Muhammet Önder Erdoğan, a copy of which is herewith served upon you, and to serve a copy of your answer on the Plaintiff at the address above within **20 days after the service of this Summons, exclusive of the day of service**, or within **30 days if the Summons is not personally delivered within New York State**, exclusive of the day of service.

**Plaintiff demands judgment against Defendants for damages as set forth in the Verified Complaint, including but not limited to:**

- Lost wages and economic damages,
- Emotional distress and punitive damages,
- Any further relief the Court deems just and proper.

14

11/15/2025

**Dated:** ~~10/31/2025~~
**Brooklyn, New York**

Muhammet Önder Erdogan

**Signature of Plaintiff:**

Muhammet Önder Erdoğan

**Verification:**

I, Muhammet Önder Erdoğan, being duly sworn, affirm that the statements contained in this Summons are true to the best of my knowledge.

Muhammet Önder Erdoğan

 Gmail

muhammet önder erdoğan <m.ondererdogan@gmail.com>

---

## 1049 Grand Street Atlantis Gas Station 21 June Friday Kamera Goruntuleri
1 mesaj

---

**muhammet önder erdoğan** <m.ondererdogan@gmail.com>                21 Haziran 2024 17:14
Alıcı: amg9@atlantismgmt.com

Bugun sizinle (Manager Emrah)

aramizda yasanan olaylardan oturu aramizda hukuki bir dava konusu soz konusu olacaktir.

Sahsima yonelik eylemlerinizden oturu bugun ki kamera kayitlarini/ video kamera goruntulerini kesinlikle silemezsiniz.
Yedekleme yapmakla yukumlusunuz. Aksi davranisiniz pesinen kotu niyetli bir davranis olarak kabul edilecektir.

Friday 21 June, sabah 08.00 am, ogleden sonra 4.00 pm, kamera kayitlarini/goruntuleri hukuki bir dava icin hukuki
delil niteligi tasimaktadir. Ve kesinlikle imha edilmemesi, yedeklenmesi gerekmektedir.

Avukatim ya da ilgili mahkeme savci/polis tarafindan isletmenizden goruntulerin bir yedegi istenecektir.

Video kamera kayit goruntulerinin silinmesi ve imha edilmesi tarafimdan sahsiniza yapilacak olan beyanlari simdiden
kabul ettiginiz anlamina gelir.

O sebeple hukuki bir dava konusu olan delilleri silemez, imha edemez kotu niyetli adim atamazsiniz.

O sebeple bu yazi ile tarafinizi, sahsinizi ve isletmenizi bilgilendiriyorum.

Tum haklarim saklidir. Avukatim, polis o video kayitlarini ya da mahkeme sahsinizdan ya da isletmenizden isteyecektir.

Muhammet Onder Erdogan

Gmail - 1049 Grand Street Atlantis Gas station/ Personel Ali Aman hak...    https://mail.google.com/mail/u/0/?ik=33effb0332&view=pt&search=al...

 Gmail

**muhammet önder erdoğan <m.ondererdogan@gmail.com>**

## 1049 Grand Street Atlantis Gas station/ Personel Ali Aman hakkinda maruzat/ mobing
2 ileti

**muhammet önder erdoğan** <m.ondererdogan@gmail.com>                29 Mayıs 2024 01:34
Alıcı: amg9@atlantismgmt.com

Emrah abi merhabalar,

1049 Grand Street te yer alan Atlantis Gas Station da yer alan is arkadasim olan Ali Aman hakkinda ki sikayet ve rahatsizliklarimi size daha once sozlu olarak ifade etmistim. Ve yazili olarak da ifade etme geregi duyuyorum.

Ali Aman isimli personel ile calistigim mesai saatlerinde sahsima surekli hakaretler yapmakta, sahsimi asagilamaktadir. Geri zekalisin, beyinsizsin, aptalsin. Bir bok bilmiyorsun vb cesitli sozlerle sahsimi asagilamakta ve bana surekli bagirmakta ve emirler vermektedir.

Bu durumlarda genelde Ali Aman' in esi olan Ayla Aman da sahit olmaktadir. Ayla Aman da bildiginiz uzere ayni 1049 Grand Street Atlantis Gas Station da calisan bir baska Atlantis personeli ve ayni zamanda Ali Aman in nikahli esidir.

Yine ayni sekilde bu olaylara son zamanlarda dahil olan bir baska Atlantis calisani Bilge Aman da sahit olmaktadir. Bilge Aman da bilindigi uzere malumunuz Ali Aman- Ayla Aman in kizlari ve yine ayni Atlantis subesi calisanidir. Anlasilacagi uzere ayni subede Kari,koca ve kizlari calismaktadir. Bu durumunda ayri bir inceleme konusu oldugu asikardir.

Babasi Ali Aman in bana yaptigi ve musterilere yaptigi hakaretlere sahit olan Bilge Aman iki kere farkli tarih ve zamanlarda babasina sen kim oluyorsunki personele ve musterilere bagirip hakaret edebiliyorsun. Musterilere ve personele bagiramazsin diyerek babasi Ali Aman I uyarmis ve ikaz etmistir.

Ali Aman yalnizca bana degil isyerinde bircok kisinin yuzunden yada arkasindan hakaretler etmektedir.

Ayrica Ali Aman bana surekli emirler vermektedir. Ayni isyerinde ayni pozisyonda calisan insanlariz. Copleri at Onder, tuvaleti temizle Onder, Buzdolabina/Cooler a mal diz Onder, disariyi supur Onder, Mal indir, kaldir Onder vb islerde emir kipi ile konusmakta ve bagirip cagirmaktadir. Benle ayni pozisyonda calisan kizindan ayni isteklerde bulunduguna ve kizin cesitli islerde calistirdigina sahit olmadim. Kizi Bilgeyi çöp atarken, Cooler a mal dizerken, tuvaleti temizlerken, copleri atarken hic gormedim. Burasinin aile sirketi oldugunu ve kizinin bu islerden muaf ve torpilli oldugunu dusunmuyorum. Sonucta ayni sirkette ayni pozisyonlarda calisan insanlariz. Burasi ne aile sirketidir. Ne kimse torpillidir bazi isleri yapmaktan muaf olarak ne de bana hakaret etmesi ve mobing yapmasi gibi mesru bir hakki soz konusudur.

Gecenlerde Ben disari copleri degistirirken çöp poseti bittigi icin ofise çöp poseti almaya geldigimde siz, Ayla abla, Bilge, Ali abi konusuyordunuz. Sizin yaninizda Ali abi Beni bagirarak camin Yanina cagirdi ve bu pislikleri neden atmadin dedi. Bende kendisine o pislikleri disarida arabasini temizleyen kendi oglunun attigini soyledim. O esnada ogullari da istasyondaydi. Herkesin yaninda Beni azarlamak amaciyla yaptigi girisim isimin hala devam ettigi icin ve o pisliklerin istasyonda surekli park halinde bulunan ogluna ait arabadan oglunun attigi copler oldugunu soyleyip isimin bitmedigini devam ettigini ve atacagimi soyledigimde oglu arkamdan cikip dukkanin onunde ki copleri toplayip atmistir. Normal insanlar ve bende normal bir insan olarak iliskilerimde ricaci olurken Ali Aman isimi sahis bana tekli ortamda yada coklu ortamlarda hakaretler edemez, emir kipi kullanamaz, sahsimi rencide edemez. Mobing yapamaz. Karisinin, kizinin yaninda sahsimi asagilayamaz. Kisilik haklarima saldiramaz. Boyle bir yetkiyi kendisine ne Atlantis Management verebilir Ne de resmi yada gayri resmi bir kurum verebilir.

Duydugum rahatsizliklari sozlu ve yazili olarak yonetiminizle paylasma geregi duydum. Umarim ilgili personeli uyarir ve kendisine ceki duzen vermesi icin ricaci olur, kurallari hatirlatirsiniz. Isletmenin kimsenin babasinin mali oldugunu dusunmuyorum. Ali Aman in bu gercegi kabul etmesi ve Hal hareket ve davranislarina ceki duzen vermesi gerekir.

Gmail - 1949 Grand Street Atlantis Gas station (Respond...   https://mail.google.com/mail/u/0/?ik=33cffb0332&view=pt&search=al...

INDEX NO. EX-CIV-492-2021...

Ayrica Ali Aman in ayni Hal hareket ve davranislarindan diger isyeri personeli ve musterilerinde rahatsiz olduguna birçok defa sahit oldum ve duydum. Lutfen saygi kosullarini ve seviye kosullarini Ali Aman a hatirlatalim.

Isletmenin saglikli bir sekilde yonetilmesi adina duydugum rahatsizligi yonetiminizle paylasmanin isletmenin cikarlarinin korunmasi ve kisilerin kisilik haklarinin korunmasi ve mobing tarzi islemlerin onlenebilmesi adina onemli oldugunu dusunuyorum.

Sahsi kisilik haklarimin korunmasi adina da meselenin buyumeden cozume kavusturulmasi adina da bu durumu yazili olarak kayit altina alinmasi amacli bu e-maili management olarak sahsiniza gonderiyorum. Ve sureci dogru Iletisim ve kararlarla kontrol altina alacaginiza inaniyor ve guveniyorum.

Bana bugun bile durduk yere sen burada calisiyorsan aptalsin, geri zekali olmalisin dedi. Beni bu sekilde rencide eden ve asagilayan sahsin ise Amerika da donmus, Amerikan vatandasi ve anadili ingilizce olan, egitimli kizi dahi ayni istasyonda benimle ayni pozisyonda calismaktadir. Yasina olan hurmetten dolayi kizinizda mi aptal ayni yerde calisiyoruz gibisinden bir cevapla karsilik vermedim. Yutkunarak dustum. Bu soz de son damlayi tasirmis ve fazlasiyla agirima gitmistir. Ben Atlantis Gas station da calistigim icin neden ayni ve geri zekali oluyorum ? Bu sorunun cevabini veremedim sahsim olarak. Beni bu sekilde rencide eden kisi de, karisida, kizi da ayni istasyonda calismaktadir.

Lutfen bu ve buna benzer birçok olayin yasanmamasi adina yonetim olarak duruma mudahale edin ve ilgili kisiyi Hal hareket ve davranis ve soylemlerini duzeltmesi adina uyarin.

Saygilarimla,

Muhammet Onder Erdogan
Mobile Phone number: +1 564 202 61 21
E-mail: m.ondererdogan@gmail.com

---

**muhammet önder erdoğan** <m.ondererdogan@gmail.com>     2 Temmuz 2024 11:24
Alıcı: crojek@atlantismgmt.com

[Alıntılanan metin gizlendi]

Gmail - 1049 Grand Street BP Gas Station Atlantis Fresh Ma...    https://mail.google.com/mail/u/0/?ik=33cffb0332&view=pt&search=al...



muhammet önder erdoğan <m.ondererdogan@gmail.com>

## 1049 Grand Street BP Gas Station Atlantis Fresh Market- Muhammet Onder Erdogan-I request the camera footage of the knife attack on June 21, 2024. Muhammet Onder Erdogan

*10 ileti*

---

**muhammet önder erdoğan** <m.ondererdogan@gmail.com>                    12 Ekim 2024 13:09
Alıcı: Chris Rojek <crojek@atlantismgmt.com>
Cc: leandro.cruz@nypd.org, fumi.rios30@gmail.com

Atlantis management Human Resources manager Chris Rojek, attention!

While I was working as a cashier at 1049 Grand Street BP Gas Station Atlantis Fresh Market
branch, I filed
a complaint with the police about Manager Emrah Yesilyurt, who walked up to me in the
afternoon of June 21,
cursed me and pulled an assault knife (the type of knife used to injure and kill people)
towards my face.

On June 21, that is, on the day of the incident, Manager Emrah Yesilyurt's company account
email address "amg9@atlantismgmt.com"
was sent to top manager Selçuk Özbek, his email address "sozbek@atlantismgmt.com" was sent to
you, human resources manager Chris Rojek, and
the corporate account. The email address is ''crojek@atlantismgmt.com''. I sent an email to
Emrah Yesilyurt, who walked up to me, called me a son
of a bitch, made various threats and meanwhile pulled a knife on my face, and that the images
of the victim should not be deleted. I have informed you
in writing that if you delete the images of knife threats and attacks, this will be a
malicious act and it will mean that you will accept all my statements.
I informed you that the images will be requested from you by the police or the lawyer and that
they should not be deleted as they constitute evidence.
I conveyed to you my grievance and all the dimensions of the incident, both on my own behalf
and upon your request. I would like you to provide
the camera footage of the incident to **Mr. Cruz, the detective** I have attached in CC and who is
responsible for investigating my complaint. My request
from you is to help the police departments and not to cover up the crime committed by your
manager.


I also want Fumi Rios, who was fired from her job about a week ago after being subjected to
various profanities, insults and humiliations due to
her sexual identity, to be heard and the victimization to be determined. I want the mistakes
of Ali Aman, who called Fumi Rios a lesbian, a bitch,
a whore, and the manager Emrah Yesilyurt, who supported his own man Ali Aman and fired Fumi
Rios despite being a victim, to be detected. Moreover,
I personally witnessed how many times Emrah Yesilyurt used various curses behind Fumi's back.
In my case, Manager Emrah Yesilyurt attacked me as
a result of the provocation of the couple Ali Aman and Ayla Aman.

I am also adding **Fumi Rios's** email address, which I do not know if she actively uses,
to CC. You can also listen to Fumi by obtaining Fumi's contact information from Human
Resources.
Ali Aman, his wife Ayla Aman and their daughter Bilge Aman work together at the BP gas
station,
located at 1049 Grand Street and owned by Atlantis Management. As an employee,
I found myself in the wrong, even though I was always right,

in the face of these three people who make up a nuclear family. While they had 3 votes in number, my complaints were not taken into consideration,
both verbally and in writing. I could not find a solution from the company against the mobbing, swearing, insults and humiliation made towards me.
 Even though I warned the company in writing and verbally many times.


Meanwhile, Emrah Yesilyurt and Ali Aman were threatening me not to complain to the police through Gökhan Atak,
who was both my friend from work and my friend from home.

When I asked my housemate and colleague Gökhan Atak, who was intermediary in these threats, if he could testify
on my behalf for the events he witnessed during these mediations, he said that he could testify on my behalf for his money.
He even said that if I gave him the money, he could even bear false witness with his money.
Thereupon, I told Gökhan Atak
that witnessing was not a paid job and that I did not need a false witness, and I did not give any money to Gökhan Atak.
In these conversations, Gökhan Atak also said that Emrah Yesilyurt and Ali Aman would conspire against me. After some time
after these conversations, they conspired against me through Gökhan Atak, my friend from home and work.
I don't know what they promised Gokhan Atak and made him a part of these events.


To sum up, as a company, you made a mistake by employing the parents and their daughter in the same
workplace and paved the way for events to develop in this way.

Even though I warned your manager verbally and in writing, I could not find a solution.
Instead of investigating the events, your company chose to cover up the events and protect your workers who were involved in crime. I would like to ask you to provide the camera footage of the incident to Detective Cruz, whose email address is attached in CC, and to help the law enforcement
forces complete their investigation. I would also like to ask you to intervene in the discrimination and exclusion
that Fumi was exposed to due to her sexual identity, on behalf of the company culture and human rights. You should listen to Fumi's opinions
and experiences from her own words.

Since I cannot speak English and my English is insufficient, Google translate was used in my statements.

Kind regards,


Muhammet Onder Erdogan

---

**Chris Rojek** <crojek@atlantismgmt.com>                                      16 Ekim 2024 13:39
Alıcı: muhammet önder erdoğan <m.ondererdogan@gmail.com>
Cc: "leandro.cruz@nypd.org" <leandro.cruz@nypd.org>


Mr Erdogan –


Thank you for your email.  I reviewed the video of the incident on June 21st and found that the manager was holding the handheld scanner for the point-of-sale register in his hand.  I was unable to substantiate your claim that the manager held a knife to your face.  If Fumi Rios or any other employees wish to make a complaint, kindly have them contact me directly. Thank you.

FILED: KINGS COUNTY CLERK 10/31/2025 02:57 PM
INDEX NO. EF004497/2021

NYSCEF DOC. NO. 4
RECEIVED NYSCEF: 10/31/2025

Warm Regards,

Chris

_____

Christine Rojek, MBA

### Director of Human Resources



555 S. Columbus Ave l Suite 201 l Mt. Vernon l NY 10550

Phone: (914) 699-9500  ext 218l Fax: (914) 699-9400

Email: crojek@atlantismgmt.com l www.atlantismgmt.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential.  If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

[Alıntılanan metin gizlendi]

---

**muhammet önder erdoğan** <m.ondererdogan@gmail.com>
**16 Ekim 2024 17:06**
Alıcı: Chris Rojek <crojek@atlantismgmt.com>
Cc: leandro.cruz@nypd.org

Please share the CCTV footage of the crime scene with Detective Cruz. If you do not share the CCTV footage of the incident with Detective Cruz, it will be malicious behavior. Please help the investigation by handing over the CCTV footage to the security guards. We are not asking for your opinion, we are asking you to hand over the CCTV footage so that the security guards and the judicial authorities can investigate the incident and come to a decision.

Muhammet Onder Erdogan

[Alıntılanan metin gizlendi]

---

**2 eklenti**

 image001.png
3K

 image001.png
3K

---

**muhammet önder erdoğan** <m.ondererdogan@gmail.com>
**16 Ekim 2024 17:24**

Gmail - 1049 Grand Street BP Gas Station Atlantis Fresh Market - My... https://mail.google.com/mail/u/0/?ik=33effb0332&view=pt&search=al...

INDEX NO. CV-043472-20U1

Alıcı: Chris Rojek <crojek@atlantismgmt.com>
Cc: leandro.cruz@nypd.org

By not handing over the camera footage to detectives and judicial authorities, you show your reservations about the content of the camera footage. The incident occurred on the afternoon of June 21, 2024 at 1049 Grand Street BP Gas Station Atlantis Fresh Market, while I was working at the checkout counter and I was processing a customer. Today is October 16, 2024.

By not handing over the CCTV footage to the police and judicial authorities, by not handing it over to detective Cruz, it appears that you want to hide the objectionable content of the CCTV footage, which constitutes a crime. Please help to remove the suspicion and help the police and judicial authorities to reach a decision. If you have no reservations about the content of the CCTV footage, please hand it over to Detective Cruz.
Is it possible that the reason why you did not hand over the camera footage of the incident is because your manager Emrah Yesilyurt pulled a knife on me in 1049 Grand Street BP Gas Station?

Muhammet Onder Erdogan
[Alıntılanan metin gizlendi]

---

**muhammet önder erdoğan** <m.ondererdogan@gmail.com>                    16 Ekim 2024 19:49
Alıcı: Chris Rojek <crojek@atlantismgmt.com>
Cc: leandro.cruz@nypd.org

As far as I know, your station also keeps the camera footage for 6 months.
Please send the CCTV footage to the investigating detective Cruz and help him do his job. Otherwise it will be understood that you are buying time for the 6 months to pass and the CCTV footage to be deleted. Are there images in the CCTV footage that you want to hide?
[Alıntılanan metin gizlendi]

---

**muhammet önder erdoğan** <m.ondererdogan@gmail.com>                    16 Ekim 2024 19:55
Alıcı: Chris Rojek <crojek@atlantismgmt.com>
Cc: leandro.cruz@nypd.org

If Detective Cruz listens to Fumi Rios, who quit a week before I did, there will be extremely important information. And you're gonna share Fumi Rios' contact info with the detective? Why did Fumi Rios quit, what happened to her at work? Why was he fired even though she was right?
[Alıntılanan metin gizlendi]

---

**muhammet önder erdoğan** <m.ondererdogan@gmail.com>                    16 Ekim 2024 19:57
Alıcı: Chris Rojek <crojek@atlantismgmt.com>
Cc: leandro.cruz@nypd.org

If Detective Cruz listens to Fumi Rios, who quit a week before I did, there will be extremely important information. And you're gonna share Fumi Rios' contact info with the detective? Why did Fumi Rios quit, what happened to her at work? Why was she fired even though she was right?
[Alıntılanan metin gizlendi]

---

**Chris Rojek** <crojek@atlantismgmt.com>                    17 Ekim 2024 08:02
Alıcı: muhammet önder erdoğan <m.ondererdogan@gmail.com>
Cc: "leandro.cruz@nypd.org" <leandro.cruz@nypd.org>

Good morning –

I am not able to discuss the details of anyone else's employment with you.  Thank you.

FILED: KINGS COUNTY CLERK 10/31/2025 02:57 PM          INDEX NO. 534407/2025

NYSCEF DOC. NO. 4                                      RECEIVED NYSCEF: 10/31/2025

Best,

Chris

_____

Christine Rojek, MBA

Director of Human Resources



Phone: (914) 699-9500 ext 218

Email: crojek@atlantismgmt.com

_____

**From:** muhammet önder erdoğan <m.ondererdogan@gmail.com>
**Sent:** Wednesday, October 16, 2024 7:56 PM
**To:** Chris Rojek <crojek@atlantismgmt.com>
**Cc:** leandro.cruz@nypd.org
**Subject:** Re: 1049 Grand Street BP Gas Station Atlantis Fresh Market- Muhammet Onder Erdogan-I request the camera footage of the knife attack on June 21, 2024. Muhammet Onder Erdogan

If Detective Cruz listens to Fumi Rios, who quit a week before I did, there will be extremely important information. And you're gonna share Fumi Rios' contact info with the detective? Why did Fumi Rios quit, what happened to her at work? Why was he fired even though she was right?

On Wed, Oct 16, 2024, 7:49 PM muhammet önder erdoğan <m.ondererdogan@gmail.com> wrote:

> As far as I know, your station also keeps the camera footage for 6 months.
>
> Please send the CCTV footage to the investigating detective Cruz and help him do his job. Otherwise it will be understood that you are buying time for the 6 months to pass and the CCTV footage to be deleted. Are there images in the CCTV footage that you want to hide?

> On Wed, Oct 16, 2024, 5:24 PM muhammet önder erdoğan <m.ondererdogan@gmail.com> wrote:
>
> > By not handing over the camera footage to detectives and judicial authorities, you show your reservations about the content of the camera footage. The incident occurred on the afternoon of June 21, 2024 at 1049 Grand Street BP Gas Station Atlantis Fresh Market, while I was working at the checkout counter and I was processing a customer. Today is October 16, 2024.

By not handing over the CCTV footage to the police and judicial authorities, by not handing it over to detective Cruz, it appears that you want to hide the objectionable content of the CCTV footage, which constitutes a crime. Please help to remove the suspicion and help the police and judicial authorities to reach a decision. If you have no reservations about the content of the CCTV footage, please hand it over to Detective Cruz.

Is it possible that the reason why you did not hand over the camera footage of the incident is because your manager Emrah Yesilyurt pulled a knife on me in 1049 Grand Street BP Gas Station?


Muhammet Onder Erdogan


On Wed, Oct 16, 2024, 5:06 PM muhammet önder erdoğan <m.ondererdogan@gmail.com> wrote:

Please share the CCTV footage of the crime scene with Detective Cruz. If you do not share the CCTV footage of the incident with Detective Cruz, it will be malicious behavior. Please help the investigation by handing over the CCTV footage to the security guards. We are not asking for your opinion, we are asking you to hand over the CCTV footage so that the security guards and the judicial authorities can investigate the incident and come to a decision.


Muhammet Onder Erdogan


On Wed, Oct 16, 2024, 1:39 PM Chris Rojek <crojek@atlantismgmt.com> wrote:

Mr Erdogan —


Thank you for your email. I reviewed the video of the incident on June 21st and found that the manager was holding the handheld scanner for the point-of-sale register in his hand. I was unable to substantiate your claim that the manager held a knife to your face. If Fumi Rios or any other employees wish to make a complaint, kindly have them contact me directly. Thank you.




Warm Regards,

Chris

_____

Christine Rojek, MBA

**Director of Human Resources**



555 S. Columbus Ave l Suite 201 l Mt. Vernon l NY 10550

[Alıntılanan metin gizlendi]

Gmail - 1049 Grand Street BP Gas Station Atlantis Fresh Market- Mu...    https://mail.google.com/mail/u/0/?ik=33cffb0332&view=pt&search=al...

**Chris Rojek** <crojek@atlantismgmt.com>                                17 Ekim 2024 08:04
Alıcı: muhammet önder erdoğan <m.ondererdogan@gmail.com>
Cc: "leandro.cruz@nypd.org" <leandro.cruz@nypd.org>

Good morning –

Company policy prohibits distribution of company video absent a subpoena.  Thank you for your kind understanding.

Best,

Chris

_____

Christine Rojek, MBA

Director of Human Resources



Phone: (914) 699-9500 ext 218

Email: crojek@atlantismgmt.com

_____

**From:** muhammet önder erdoğan <m.ondererdogan@gmail.com>
**Sent:** Wednesday, October 16, 2024 7:50 PM
**To:** Chris Rojek <crojek@atlantismgmt.com>
**Cc:** leandro.cruz@nypd.org
**Subject:** Re: 1049 Grand Street BP Gas Station Atlantis Fresh Market- Muhammet Onder Erdogan-I request the camera footage of the knife attack on June 21, 2024. Muhammet Onder Erdogan

As far as I know, your station also keeps the camera footage for 6 months.

Please send the CCTV footage to the investigating detective Cruz and help him do his job. Otherwise it will be understood that you are buying time for the 6 months to pass and the CCTV footage to be deleted. Are there images in the CCTV footage that you want to hide?

On Wed, Oct 16, 2024, 5:24 PM muhammet önder erdoğan <m.ondererdogan@gmail.com> wrote:

> By not handing over the camera footage to detectives and judicial authorities, you show your reservations about the content of the camera footage. The incident occurred on the afternoon of June 21, 2024 at 1049 Grand Street BP

Gas Station Atlantis Fresh Market, while I was working at the checkout counter and I was processing a customer. Today is October 16, 2024.

By not handing over the CCTV footage to the police and judicial authorities, by not handing it over to detective Cruz, it appears that you want to hide the objectionable content of the CCTV footage, which constitutes a crime. Please help to remove the suspicion and help the police and judicial authorities to reach a decision. If you have no reservations about the content of the CCTV footage, please hand it over to Detective Cruz.

Is it possible that the reason why you did not hand over the camera footage of the incident is because your manager Emrah Yesilyurt pulled a knife on me in 1049 Grand Street BP Gas Station?

Muhammet Onder Erdogan

On Wed, Oct 16, 2024, 5:06 PM muhammet önder erdoğan <m.ondererdogan@gmail.com> wrote:

Please share the CCTV footage of the crime scene with Detective Cruz. If you do not share the CCTV footage of the incident with Detective Cruz, it will be malicious behavior. Please help the investigation by handing over the CCTV footage to the security guards. We are not asking for your opinion, we are asking you to hand over the CCTV footage so that the security guards and the judicial authorities can investigate the incident and come to a decision.

Muhammet Onder Erdogan

On Wed, Oct 16, 2024, 1:39 PM Chris Rojek <crojek@atlantismgmt.com> wrote:

Mr Erdogan –

Thank you for your email. I reviewed the video of the incident on June 21st and found that the manager was holding the handheld scanner for the point-of-sale register in his hand. I was unable to substantiate your claim that the manager held a knife to your face. If Fumi Rios or any other employees wish to make a complaint, kindly have them contact me directly. Thank you.

Warm Regards,

Chris

_____

Christine Rojek, MBA

Director of Human Resources

555 S. Columbus Ave | Suite 201 | Mt. Vernon | NY 10550

| | | [Alıntılanan metin gizlendi]

---

**muhammet önder erdoğan** <m.ondererdogan@gmail.com>     18 Ekim 2024 12:22
Alıcı: Chris Rojek <crojek@atlantismgmt.com>
Cc: leandro.cruz@nypd.org

As you can see from our email correspondence with Detective Leandro Cruz, Atlantis Management HR manager Christine Rojek (I have added you to the CC in the aforementioned email correspondence), Atlantis Management HR manager Christine Rojek stated in writing via email that they would not provide the camera footage of their manager Emrah Yesilyurt walking towards me, swearing at me and holding a knife towards me and holding a knife towards my eyes at 1049 Grand Street BP Gas Station. Apparently, they intend to buy time and erase the footage and evidence. As far as I know, camera footage at Gas Station is kept for 6 months and then automatically deleted. They are clearly maliciously disrupting the investigation. My request from you is to finish your investigation as soon as possible and to complete the procedures related to you in the prosecution / court stage and to do your duty to ensure the transition to the next stage. Because I do not want to lose my rights materially and morally. In the face of the injustice and attack I have experienced, I naturally want to seek my rights through legal means. Thank you in advance for your attention. You can also listen to Fumi Rios, a US citizen who was subjected to injustice and discrimination in the same workplace before me and was fired from her job like me, and you can listen to her about her victimization and the discrimination and violations against her person and her victimization at the station in question.

Muhammet Onder Erdogan

[Alıntılanan metin gizlendi]

---

**2 eklenti**


image001.png
3K


image001.png
3K



muhammet önder erdoğan <m.ondererdogan@gmail.com>

---

## 1049 Grand Street BP Gas Station Atlantis Fresh Market- Muhammet Onder Erdogan-I request the camera footage of the knife attack on June 21, 2024. Muhammet Onder Erdogan

1 mesaj

---

**muhammet önder erdoğan** <m.ondererdogan@gmail.com>                    12 Ekim 2024 12:58
Alıcı: Chris Rojek <crojek@atlantismgmt.com>, leandro.cruz@nypd.org, fumi.rios30@gmail.com

While I was working as a cashier at 1049 Grand Street BP Gas Station Atlantis Fresh Market
branch, I filed
a complaint with the police about Manager Emrah Yesilyurt, who walked up to me in the
afternoon of June 21,
cursed me and pulled an assault knife (the type of knife used to injure and kill people)
towards my face.

On June 21, that is, on the day of the incident, Manager Emrah Yesilyurt's company account
email address "amg9@atlantismgmt.com"
was sent to top manager Selçuk Özbek, his email address "sozbek@atlantismgmt.com" was sent to
you, human resources manager Chris Rojek, and
the corporate account. The email address is ''crojek@atlantismgmt.com''. I sent an email to
Emrah Yesilyurt, who walked up to me, called me a son
of a bitch, made various threats and meanwhile pulled a knife on my face, and that the images
of the victim should not be deleted. I have informed you
in writing that if you delete the images of knife threats and attacks, this will be a
malicious act and it will mean that you will accept all my statements.
I informed you that the images will be requested from you by the police or the lawyer and that
they should not be deleted as they constitute evidence.
I conveyed to you my grievance and all the dimensions of the incident, both on my own behalf
and upon your request. I would like you to provide
the camera footage of the incident to Mr. Cruz, the detective I have attached in CC and who is
responsible for investigating my complaint. My request
from you is to help the police departments and not to cover up the crime committed by your
manager.


I also want Fumi Rios, who was fired from her job about a week ago after being subjected to
various profanities, insults and humiliations due to
her sexual identity, to be heard and the victimization to be determined. I want the mistakes
of Ali Aman, who called Fumi Rios a lesbian, a bitch,
a whore, and the manager Emrah Yesilyurt, who supported his own man Ali Aman and fired Fumi
Rios despite being a victim, to be detected. Moreover,
I personally witnessed how many times Emrah Yesilyurt used various curses behind Fumi's back.
In my case, Manager Emrah Yesilyurt attacked me as
a result of the provocation of the couple Ali Aman and Ayla Aman.

I am also adding Fumi Rios's email address, which I do not know if she actively uses,
to CC. You can also listen to Fumi by obtaining Fumi's contact information from Human
Resources.
Ali Aman, his wife Ayla Aman and their daughter Bilge Aman work together at the BP gas
station,
located at 1049 Grand Street and owned by Atlantis Management. As an employee,
I found myself in the wrong, even though I was always right,
in the face of these three people who make up a nuclear family. While they had 3 votes in
number, my complaints were not taken into consideration,
both verbally and in writing. I could not find a solution from the company against the
mobbing, swearing, insults and humiliation made towards me.

Gmail - 1040 Grand Street, BP Gas Station Atlantic Fresh Market + My ...    https://mail.google.com/mail/u/0/?ik=33effb0332&view=pt&search=al...

Even though I warned the company in writing and verbally many times.


Meanwhile, Emrah Yesilyurt and Ali Aman were threatening me not to complain to the police
through Gökhan Atak,
who was both my friend from work and my friend from home.

When I asked my housemate and colleague Gökhan Atak, who was intermediary in these threats, if
he could testify
on my behalf for the events he witnessed during these mediations, he said that he could
testify on my behalf for his money.
He even said that if I gave him the money, he could even bear false witness with his money.
Thereupon, I told Gökhan Atak
that witnessing was not a paid job and that I did not need a false witness, and I did not give
any money to Gökhan Atak.
In these conversations, Gökhan Atak also said that Emrah Yesilyurt and Ali Aman would conspire
against me. After some time
after these conversations, they conspired against me through Gökhan Atak, my friend from home
and work.
I don't know what they promised Gokhan Atak and made him a part of these events.


To sum up, as a company, you made a mistake by employing the parents and their daughter in the
same
workplace and paved the way for events to develop in this way.

Even though I warned your manager verbally and in writing, I could not find a solution.
Instead of investigating the events, your company chose to cover up the events and protect
your workers who were involved in crime. I would like to ask you to provide the camera footage
of the incident to Detective Cruz, whose email address is attached in CC, and to help the law
enforcement
forces complete their investigation. I would also like to ask you to intervene in the
discrimination and exclusion
that Fumi was exposed to due to her sexual identity, on behalf of the company culture and
human rights. You should listen to Fumi's opinions
and experiences from her own words.

Since I cannot speak English and my English is insufficient, Google translate was used in my
statements.

Kind regards,


Muhammet Onder Erdogan



**muhammet önder erdoğan <m.ondererdogan@gmail.com>**

---

## 1049 Grand Street Atlantis Gas Station 21 June Friday Camera Footage/ Mobbing / Attack
1 mesaj

---

**muhammet önder erdoğan** <m.ondererdogan@gmail.com>                23 Haziran 2024 14:37
Alıcı: kmota@atlantismgmt.com
Cc: sozbek@atlantismgmt.com

**Please forward my e-mail to the relevant department at Atlantis Gas Station Fresh Market.**

With you today (Manager Emrah Yesilyurt)

There will be a legal case between us due to the events that took place between us.

You absolutely cannot delete today's camera recordings / video camera footage because of your actions against me. You are obliged to make backups. Doing otherwise will be considered an act of malicious intent.

Friday 21 June, 08.00 am, 4.00 pm, the camera recordings/video footage are legal evidence in a legal case. And it must be backed up and never destroyed.

A backup of the footage will be requested from your business by my lawyer or the relevant court prosecutor/police.

Deleting and destroying the video camera footage means that you have already accepted the statements to be made by me to you.

For this reason, you cannot delete or destroy evidence that is the subject of a legal case and you cannot take malicious steps.

For this reason, I am informing you, your person and your business with this letter.

All my rights are reserved. My lawyer, the police or the court will demand those video recordings from you or your business.

Emrah Yesilyurt swearing and insulting me, telling me to fuck off, go away, you son of a bitch, walking towards me and pointing a knife towards my face should be kept, otherwise, if the video footage is destroyed, it will be considered as a malicious behavior and will mean that all my statements are accepted.

Ali Aman, his wife Ayla Aman and the manager Emrah Yesilyurt are responsible for the events reaching this level and they bullied me. I sent an e-mail to your company about this and warned the manager Emrah Yesilyurt verbally and via whatsapp messages. Bilge Aman, their daughter (Ali Aman-Ayla Aman couple) who works in the same workplace, has no involvement or participation in this mobbing process.

The Turkish text in the e-mail is original and should be based on the Turkish text. The English text is a translation from the application.

Muhammet Onder Erdogan

## Turkce Metin/ Orjinal metin / 1049 Grand Street Atlantis Gas Station 21 June Friday Kamera Goruntuleri/Mobing/Saldiri

Lutfen e mailimi Atlantis Gas Station Fresh Market sirketinden ilgili departmana iletiniz.

Bugun sizinle (Manager Emrah Yesilyurt)

aramizda yasanan olaylardan oturu aramizda hukuki bir dava konusu soz konusu olacaktir.

Sahsima yonelik eylemlerinizden oturu bugun ki kamera kayitlarini/ video kamera goruntulerini kesinlikle silemezsiniz. Yedekleme yapmakla yukumlusunuz. Aksi davranisiniz pesinen kotu niyetli bir davranis olarak kabul edilecektir.

Friday 21 June, sabah 08.00 am, ogleden sonra 4.00 pm, kamera kayitlarini/goruntuleri hukuki bir dava icin hukuki delil niteligi tasimaktadir. Ve kesinlikle imha edilmemesi, yedeklenmesi gerekmektedir.

Avukatim ya da ilgili mahkeme savci/polis tarafindan isletmenizden goruntulerin bir yedegi istenecektir.

Video kamera kayit goruntulerinin silinmesi ve imha edilmesi tarafimdan sahsiniza yapilacak olan beyanlari simdiden kabul ettiginiz anlamina gelir.

O sebeple hukuki bir dava konusu olan delilleri silemez, imha edemez kotu niyetli adim atamazsiniz.

O sebeple bu yazi ile tarafinizi, sahsinizi ve isletmenizi bilgilendiriyorum.

Tum haklarim saklidir. Avukatim, polis o video kayitlarini ya da mahkeme sahsinizdan ya da isletmenizden isteyecektir.

Emrah Yesilyurt un tarafima kufur ve hakaret etmesi; sahsima siktir git, degol git orospu cocugu demesi, uzerime yurumesi ve yuzume dogru bicak dogrultmasinin yer aldigi kamera goruntululerinin saklanmasini aksi halde video goruntuleri imha edildigi taktirde bunun kotu niyetli bir davranis olarak kabul edilip sahsimin tum beyanlarinin kabul edildigi anlamina gelecektir.

Sahsima mobing yapan Ali Aman, Esi Ayla Aman ve menager Emrah yesilyurt olaylarin bu seviyeye gelmesinin sorumlusudurlar ve sahsima mobing yapmislardir. Sirketinize bununla alakali e-mail gondermis menager Emrah Yesilyurt u sozlu ve whatsapp mesajlari ile uyarmisimdir. Ayni isyerinde calisan kizlari( Ali Aman-Ayla Aman ciftinin) Bilge Aman in bu mobing suresinde bir dahiliyeti, katilimi soz konusu degildir.

## E-postadaki Türkçe metin orijinal olup, Türkçe metin esas alınmalıdır. İngilizce metin uygulamadan bir çeviridir.

Muhammet Onder Erdogan



**muhammet önder erdoğan <m.ondererdogan@gmail.com>**

---

### 1049 Grand Street Atlantis Gas Station About Emrah Yesilyurt and Ali Aman
2 ileti

---

**muhammet önder erdoğan** <m.ondererdogan@gmail.com>                    30 Haziran 2024 15:24
Alıcı: Keisi Mota <kmota@atlantismgmt.com>
Cc: sozbek@atlantismgmt.com

Paylastigim bilgileri degerlendirmeniz sirketinizin cikarlari acisindan onemlidir.

## It is important for your company's interests that you evaluate the information I share.

The staff at 1049 Grand Street, Ali Aman, insults the owners of the company.  He once said that the owners of the company are the Syrians of Mardin, they are stupid idiots. They don't treat them like people in Turkey. He said they are idiots, they couldn't even grow Kent Sekerleme, they couldn't run it, they sold it and they are doing stupid things like has station in America. The manager Emrah Yesilyurt, who heard them and always knew about these conversations, never warned Ali Aman for these insults against the owners of the shop.

Again, for Mrs. Filiz, who brought goods to the station, Manager Emrah and his staff said to Ali Aman that they were both stupid, that the idiot woman did not bring the goods we wanted.

In the same way, manager Emrah and his staff Ali Aman talked back and forth about Mr. Selcuk, the manager who brought goods to the station, and said that Mr. Selcuk was a worthless person and that they hated Mr. Selcuk, that he was a naughty person, but that the other manager Mr. Mithat was a good person and a successful manager.

Again, the manager Emrah Yesilyurt said many times that Mrs. Berna, who used to be his assistant and now works at the Morris station, is also a bad person who is worthless and does not work.

Ve 1049 Gas Station da yer alan Dunkin personelinin bazisina, bir kismina personel Ali Aman ucreti odemeden marketten raflardan Mal vermektedir, enerji icecekleri, colalar vb vermektedir

  Dunkin personeli bazen siraya girmis gibi  yapiyor ve personel Ali Aman ile calistigimiz zamanlar Ali Aman personele bana caktirmadan El isareti ile gec gec yapmaktadir.
Bir kac kere ayni personel Ali Aman olmadan benim baskalari ile olan calisma saatlerimde market kismindan Atlantis marka kuruyemisler ve baska seyler almistir bizim iznimiz ve bilgimiz disinda biz bu olayi yakalayinca bize Dunkin personeli olan kisi parayi Ali Aman Dan almamizi cunku onun karsiliginda da Ali Aman in hergun bircok seyi aldigini aralarinda oyle bir iliski, anlasma oldugunu soylemistir. Biz durumu 3,4 defa menager Emrah a anlattigimizda menager Emrah her seferinde olayin ustunu kapatmis ve personeli Ali Aman I kollamis ve Ali Aman in yaptiklarina goz yummustur.

And to some of the Dunkin staff at 1049 Gas Station, some of the staff give goods from the shelves of the supermarket without paying Ali Aman, energy drinks, colas, etc.

Dunkin staff sometimes pretends to be in line and when we work with Ali Aman, Ali Aman makes the staff late with a hand signal without me noticing.
A few times the same staff bought Atlantis brand nuts and other things from the market section during my working hours without Ali Aman, without our permission and knowledge, and when we caught this incident, the Dunkin staff told us that we should take the money from Ali Aman because Ali Aman buys many things every day in return and that there is a relationship and agreement between them. When we explained the situation to manager Emrah 3,4 times, manager Emrah covered up the incident every time and his staff protected Ali Aman and turned a blind eye to Ali Aman's actions.

Gmail - 1049 Grand Street Atlantis Gas Station About Emrah Yesilyurt... https://mail.google.com/mail/u/0/?ik=33cffb0332&view=pt&search=al...

Ayrica Menager Emrah Yesilyurt un 1049 Grand Strett te yer alan Gas Station da Ali Aman i ve karisi Ayla Aman i ve kizlari Bilge Aman i ayni istasyonda calistirmasinin zaten normal bir durum olmadigi ve isin icinde baska seylerin oldugunu kanitladigi asikardir. Incelenmesi ve mudahale edilmesi gereken bir durumdur. Mantikli bir aciklamasi da yoktur. Cunku mantik yoktur burada birilerinin sirketin cikarlarina karsi kendi cikarlarini olusturdugu gercegi vardir.

In addition, it is obvious that Manager Emrah Yesilyurt's employment of Ali Aman, his wife Ayla Aman and their daughter Bilge Aman at the same station at the Gas Station located at 1049 Grand Strett is not a normal situation and proves that there are other things involved. It is a situation that needs to be examined and intervened. There is no logical explanation. Because there is no logic here, there is the fact that some people have created their own interests against the interests of the company.

Muhammet Onder Erdogan

---

**muhammet önder erdoğan** <m.ondererdogan@gmail.com>                                 30 Haziran 2024 16:01
Alıcı: Keisi Mota <kmota@atlantismgmt.com>
Cc: sozbek@atlantismgmt.com

Bir gun Dunkin da calisanlardan birisi ucretini odemeden kutu sakiz aldi. Bende durumu menager Emrah a anlattim. Ertesi sabah Ali Aman bana bagirip cagirmaya basladi..Niye ortaligi karistiyorsun ? Gormezden gel, parasini cebinden odeseydin? Yanlis yaptin bir daha kine gormezden gel ya da parasini cebinden ode. Bize onlar hergun istedigimizi veriyorlar. Suclu sensin. Menager e soyleme. Bu arada Menager zaten her seyi biliyor ama yonetime girmesin diye bilmiyormus, haberi yokmus numarasi yapiyor. Yonetimin bildiklerini bilmelerinden korkuyorlar
. Yaptiklari yanlis eylemden degil. Menager Emrah kendine laf gelmedigi taktirde uc maymunu oynuyor, gormedim, duymadim, bilmiyorum. Dedim bana niye bagiriyorsun, Ben yanlis bir sey yapmadim. Dogru olani yaptim dedim. Bana her turlu hakareti o gunde yapti Ali  Aman. Sikayet ettigim icin. Cunku Dunkin de kiler de o zaman Ali Aman I ihbar ederlerdi ve Ali Aman oyle bir sey olmasini istemedigi icin bana cok kizmisti. Olayi dillendirdigim ve manager e olaylari bildigimi belirttigim icin. Manager de isin icinde ama birisi dile getirdigi zaman rol yapiyor. Dile getirilmesinden rahatsiz oluyor, bilmiyormus gibi numara yapiyor.

One day one of the employees at Dunkin' bought a box of gum without paying for it. So I told the situation to the manager Emrah. The next morning Ali Aman started yelling at me. Why are you making a mess? Why don't you just ignore it, why don't you pay for it out of your pocket? You made a mistake, ignore it next time or pay for it out of your pocket. They give us what we want every day. You're to blame. Don't tell the manager. By the way, the manager already knows everything, but he pretends he doesn't know so he doesn't get into management. They are afraid that the management will know what they know.
. Not because of the wrong action they took. Manager Emrah plays the monkey wool over his eyes, I didn't see, I didn't hear, I don't know. I said why are you yelling at me, I didn't do anything wrong. I said I did the right thing. He insulted me all kinds of insults that day Ali Aman. Because I complained. Because the people at Dunkin would have reported Ali Aman at that time and Ali Aman was very angry with me because he didn't want that to happen. Because I raised the issue and told the manager that I knew what happened. The manager is also involved, but when someone speaks up, he acts. He doesn't like it being brought up, he pretends he doesn't know.

Muhammet Onder Erdogan

[Alıntılanan metin gizlendi]

**EXHIBIT I:** Video Evidence – Beginning of Knife Attack Incident
 **File Name:** EXHIBIT I - Atlantis_GasStation_Knife_Attack_Beginning.mp4 **Video Link:**


https://drive.google.com/file/d/1MsGWZE_73cfLueC2rokRIYWCAvC38P89/view?usp=s
haring


**Description:** Video footage capturing the beginning of the alleged knife attack by
Manager Emrah Yesilyurt at Atlantis Gas Station on June 21, 2024. The video shows the
confrontation's start and the alleged aggressive behavior leading up to the incident.


**EXHIBIT J:** Video Evidence – End of Knife Attack Incident
 **File Name:** EXHIBIT J - Atlantis_GasStation_Knife_Attack_End.mp4

**Video Link:** https://drive.google.com/file/d/1plQDhvJx-
HenRjHsDzR2mid5nsZTNPzr/view?usp=sharing


**Description:** Video footage capturing the conclusion of the alleged knife attack by
Manager Emrah Yesilyurt. This video documents the final moments of the incident and
serves as direct visual evidence supporting the timeline described in earlier exhibits.


Note: The middle of the two videos was cut out. The middle section, which contained
footage of the knife attack, was removed from the video. By performing this illegal act,
the company committed the crimes of tampering with evidence, concealing evidence,
and deceiving the court.

NYSCEF DOC. NO. 9

INDEX NO. 540348/2025

RECEIVED NYSCEF: 10/31/2025

**EXHIBIT I:** Video Evidence – Beginning of Knife Attack Incident
 **File Name:** EXHIBIT I - Atlantis_GasStation_Knife_Attack_Beginning.mp4 **Video Link:**


https://drive.google.com/file/d/1MsGWZE_73cfLueC2rokRIYWCAvC38P89/view?usp=s
haring


**Description:** Video footage capturing the beginning of the alleged knife attack by
Manager Emrah Yesilyurt at Atlantis Gas Station on June 21, 2024. The video shows the
confrontation's start and the alleged aggressive behavior leading up to the incident.


**EXHIBIT J:** Video Evidence – End of Knife Attack Incident
 **File Name:** EXHIBIT J - Atlantis_GasStation_Knife_Attack_End.mp4

**Video Link:** https://drive.google.com/file/d/1plQDhvJx-
HenRjHsDzR2mid5nsZTNPzr/view?usp=sharing


**Description:** Video footage capturing the conclusion of the alleged knife attack by
Manager Emrah Yesilyurt. This video documents the final moments of the incident and
serves as direct visual evidence supporting the timeline described in earlier exhibits.


Note: The middle of the two videos was cut out. The middle section, which contained
footage of the knife attack, was removed from the video. By performing this illegal act,
the company committed the crimes of tampering with evidence, concealing evidence,
and deceiving the court.

INDEX NO. 540348/2025
RECEIVED NYSCEF: 10/31/2025