# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS: Noel.Tripp@jacksonlewis.com

February 5, 2026

**VIA ECF**

Honorable Magistrate Judge Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Muhammet Onder Erdogan v. Atlantis Management Group LLC, and Emrah Yesilyurt*<br>Case No. 26-cv-00592-TAM

Dear Judge Merkl:

       As counsel for Defendants Atlantis Management Group II LLC (sued herein as Atlantis Management Group, hereafter "Atlantis"), and Emrah Yesilyurt ("Yesilyurt", together with Atlantis the "Defendants") in the above-referenced action (recently removed to this court from Kings County Supreme Court) to request a pre-motion and case-handling conference prior to any further proceedings.  The salient background is summarized in Defendants' Notice of Removal, ECF Dkt. No. 1.

       In short, Plaintiff, a former employee of Atlantis in Brooklyn, filed his *pro se* Complaint in Kings County Supreme Court alleging non-federal causes of action relating to his employment and separation from employment with Atlantis.  *Id*. ¶¶ 1-3, 6.  After Defendants moved to dismiss that Complaint[1] (and Plaintiff filed his opposition thereto on the same day), Plaintiff made seven additional filings to the state court from January 28, 2026 to February 1, 2026.  *Id*. ¶ 10.  These submissions make multiple references to alleged violations of federal law relating to Plaintiff's previous employment with Atlantis.  *Id*. ¶¶ 10-13.

    Before the parties engage in any further written submissions, Defendants request a conference at which Plaintiff (assisted by the *Pro Se* Office as he sees fit) can clarify his allegations, and at which time the parties can set a schedule for briefing directed to the resulting Complaint, to be submitted to Your Honor or a District Judge as may be assigned.  We wrote to

---

[1]    Defendants deny all of Plaintiff's allegations.  Plaintiff was terminated for repeated inappropriate conduct and insubordination.

Plaintiff this morning concerning this letter, but as of the time of this submission he has not taken a position concerning this request.

    We thank the Court for its time and attention to this matter.

    Respectfully submitted,

    JACKSON LEWIS P.C.

    *s/ Noel P. Tripp*

    Noel P. Tripp, Esq.
    Libbi L. Vilher, Esq.

NPT:LLV:kms

## **CERTIFICATE OF SERVICE**

    I declare that on this 5th day of February 2026, I caused to be served a true and correct copy of **LETTER TO THE COURT** by sending it via email and Overnight Mail at the email and address indicated below:

Muhammet Onder Erdogan
*Pro Se Plaintiff*
2750 Homecrest Avenue, Apt. 106
Brooklyn, NY 11235
M.Ondererdogan@gmail.com

By:     *s/ Libbi L. Vilher*
              Libbi L. Vilher, Esq.